DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANDREW JOHN BRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW JOHN BRAY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. 6:10-mj-0109 MJS <br><br> STIPULATION TO VACATE TRIAL DATE AND SET MOTIONS SCHEDULE AND HEARING, AND ORDER THEREON <br><br> Court: U. S. Magistrate <br> Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Andrew John Bray, by and through and his attorney of record, Ann H. Voris*,* **that the Bench Trial in the above-captioned matter presently scheduled for October 20, 2010, at 10:00 a.m., be vacated**, and a new motions schedule be set as follows: defendant's motions shall be filed on or before November 3, 2010, government's responses to be filed on or before November 24, 2010, **and a hearing on motions be set for December 7, 2010, at 10:00 A.M.**

This stipulation is sought because counsel for defendant will need sufficient time to review the discovery and prepare any appropriate motions on behalf of the defendant, and counsel for plaintiff will need time to respond to any motions filed.

///

///

1
2
3  Dated: October 12, 2010           By:      /s/ Susan St. Vincent
                                             SUSAN ST. VINCENT
4                                            Acting Legal Officer for
                                             National Park Service
5
6  Dated: October 12, 2010                   DANIEL J. BRODERICK
                                             Federal Defender
7
8                                    By:     /s/ Ann H. Voris
                                             ANN H. VORIS
9                                            Assistant Federal Defender
                                             Attorney for Defendant
10                                           ANDREW JOHN BRAY
11
12                          * * * ORDER * * *
13  The Court, having reviewed the above request to vacate the trial date, now set for October 20, and
14  set the matter for motions hearing on December 7, 2010, at 10:00 a.m.,
15       HEREBY ORDERS AS FOLLOWS:
16       1.  The Trial set for October 20, 2010, is vacated.
17       2.  The matter is now set for motions hearing on December 7, 2010.
18
    IT IS SO ORDERED.
19
    Dated:   October 12, 2010           /s/ Michael J. Seng
20                                      UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

BRAY - Stipulation to Vacate Trial and       2
Set motions hearing                         −2−