```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ANDREW BRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:10-mj-00109 MJS-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE/REVIEW HEARING; |
| | ) | ORDER |
| ANDREW BRAY, | ) | |
| | ) | Date:  February 22, 2012 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for February 7, 2012, **may be continued to February 22, 2012, at 10:00 a.m.**

This continuance is requested by counsel for defendant.  Defendant was let go shortly after Judgment was entered in this matter.  He recently started a new job, and is required to attend a two-week training program in Massachusetts that conflicts with his court scheduled review hearing on February 7, 2012.

The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  January 25, 2012 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  January 25, 2012 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>Andrew Bray |

ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for February 7, 2012 until February 22, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference in the above entitled matter shall be continued to February 22, 2012, at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   January 30, 2012         /s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE

Bray - Stipulation to Continue
Status Conference and Order